Stanley A. Calvert (SBN 152981)
**WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
655 WEST BROADWAY, SUITE 900
SAN DIEGO, CA 92101-8509
PHONE: (619) 321-6200
FAX:  (619) 321-6201
Email:  Stanley.Calvert@wilsonelser.com
Attorneys for Defendant, WHIRLPOOL CORPORATION, erroneously named and sued herein as "MAYTAG CORPORATION"

Carl A. Guerrieri, Esq.
BAUMAN LOEWE WITT & MAXWELL, PLLC
8765 E. Bell Road, Suite 204
Scottsdale, AZ 85260
Tel.: (480) 502-4664
Fax: (480) 502-4774
Email: cguerrieri@blwmlawfirm.com
Attorneys for Plaintiff, HARTFORD CASUALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY, a foreign corporation, individually and as subrogee for its insureds, Len and Lajuana Bradley<br><br>Plaintiff,<br><br>vs.<br><br>MAYTAG CORPORATION, a foreign corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | Civil No. 13-cv-00719 MMA(BGS)<br><br>**STIPULATION OF DISMISSAL** |

### I.    STIPULATION OF DISMISSAL

Plaintiff HARTFORD CASUALTY INSURANCE COMPANY, by and through its counsel of record, Carl A. Guerrieri of Bauman Loewe Witt & Maxwell, PLLC,  and defendant WHIRLPOOL CORPORATION, erroneously named and

1  sued herein as "MAYTAG CORPORATION", by and through its counsel of record,
2  Stanley A. Calvert of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, hereby
3  stipulate that, pursuant to Federal Rule of Civil Procedure 41(a)(1), the Complaint in
4  Case No. 13-cv-00719 MMA(BGS) be dismissed in its entirety with prejudice with
5  each party bearing its own fees and costs.

Dated: July 29, 2013

BAUMANN LOEWE WITT & MAXWELL, PLCC

By: /s/ Carl A. Guerrieri
    Carl A. Guerrieri, Esq.
    Attorneys for Plaintiff
    HARTFORD CASUALTY INSURANCE COMPANY

Dated: July 29, 2013

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/ Stanley A. Calvert
    Stanley A. Calvert, Esq.
    Attorneys for Defendant
    WHIRLPOOL CORPORATION, erroneously named and sued herein as "MAYTAG CORPORATION"